# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| REGINALD L. MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-15-481-R |
| | ) | |
| ELECTRA LINK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Reginald L. Matthews, and Defendant, Electra Link, Inc., by and through their undersigned counsel of record, and dismiss with prejudice all claims asserted or which could have been asserted in the above-captioned lawsuit, with each side to pay their own costs and attorneys' fees.

Dated this 31st day of March, 2016.

                                                                                          S/ Jana B. Leonard
                                                                                          Jana B. Leonard, OBA #17844
                                                                                          Lauren W. Johnston, OBA #31744
                                                                                          Leonard & Associates, P.L.L.C.
                                                                                          8265 S. Walker
                                                                                          Oklahoma City, OK 73139
                                                                                          Telephone 405/239-3800
                                                                                         Facsimile 405/239-3801
                                                                                         leonardjb@leonardlaw.net
                                                                                         johnstonlw@leonardlaw.net
                                                                                         **Attorneys for Plaintiff**

S/ Brendon S. Atkinson
Brendon S. Atkinson, OBA #19396
Austin J. Keeney, OBA #22420
Gungoll, Jackson, Box & Devoll, P.C.
323 West Broadway
Post Office Box 1549
Enid, Oklahoma 73702-1549
Telephone 580/234-0436
Facsimile 580/233-1284
atkinson@gungolljackson.com
keeney@gungolljackson.com
**Attorneys for Defendant**
